IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR130 |
| | ) | |
| v. | ) | |
| | ) | |
| VERONICA VALENTINE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 28).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that trial in this matter is scheduled for:

**Tuesday, September 27, 2011, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The date will accommodate not only the schedule of the Court but will give the parties time to prepare for trial or pursue plea negotiations.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between August 23, 2011, and September 27, 2011, shall be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court